IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEFFREY R. MEREDITH     *
                               *
    v.                         *    Civil No. JFM-11-2422
                               *
                               *
VERIZON COMMUNICATIONS     *
                              *****

## MEMORANDUM

Jeffrey R. Meredith has written a letter to this court asking for advice as to where he might obtain legal representation. Unfortunately, it is not appropriate for this court to advise litigants of lawyers who might represent them.

Plaintiff's letter has been docketed as a complaint. However, by its terms it appears only to be a request for the advice stated above. In any event, the letter does not state any claim upon which relief can be granted. Accordingly, a separate order is being entered directing that the action, if plaintiff intended to file one, is dismissed.


Date: October 6, 2011                  /s/
                                               J. Frederick Motz
                                               United States District Judge